CAT 3
Case: 1:21-cr-00614 Document #: 2 Filed: 09/30/21 Page 1 of 1 PageID #:5
JUDGE SEEGER
MAGISTRATE JUDGE GILBERT
FILED
9/30/2021 JMK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
1:21-CR-00614
FELONY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: N/A

    1b. Should this indictment or information receive a new case number from the court? **Yes.**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:

    Other Fraud (III)

10. List the statute of each of the offenses charged in the indictment or information.

    Securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5.

/s/ John D. Mitchell
JOHN D. MITCHELL
Assistant United States Attorney